IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE SUBPOENA TO PLITEK, LLC ) ) ) ) THE PROCTER & GAMBLE COMPANY, ) ) Movant, ) ) ) ) ) ) | No. 08 CV 2415 Judge Shadur Magistrate Judge Denlow |

## NOTICE OF MOTION

To: Attached Service List

    PLEASE TAKE NOTICE that on Monday, May 2, 2008 at 9:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before Judge Shadur, or any judge sitting in his stead, in Courtroom 2388, at 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present The Proctor & Gamble Company's Motion to Enforce Plitek, LLC's Compliance with Rule 45 Subpoena, a copy of which was previously filed and served on April 28, 2008.

                                              Respectfully submitted,

Dated:  April 30, 2008                THE PROCTER & GAMBLE COMPANY

                                       By:  s/Ekaterena G. Berezutskaya
                                              Ekaterena G. Berezutskaya
                                              HOWREY LLP
                                              321 North Clark Street, Suite 3400
                                              Chicago, IL 60610
                                              Telephone: (312) 846-5622
                                              Facsimile: (312) 595-2250

William C. Rooklidge
Gregory S. Cordrey
Ben M. Davidson
Scott R. Maynard
HOWREY LLP
4 Park Plaza, Suite 1700
Irvine, CA 92614
Telephone: (949) 721-6900
Facsimile: (949) 721-6910

**CERTIFICATE OF SERVICE**

      I, Ekaterena G. Berezutskaya, hereby certify that I caused a copy of the foregoing, **Notice of Motion,** to be served via messenger and e-mail upon:

> Dean J. Lurie
> Stone, Pogrund & Korey
> 221 N. LaSalle Street, 32nd Floor
> Chicago, Illinois 60601
> dlurie@spklaw.com

Dated: April 30, 2008

                                       By: s/Ekaterena G. Berezutskaya
                                              Ekaterena G. Berezutskaya