**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| IN RE SUBPOENA TO PLITEK, LLC | FILED: APRIL 28, 2008 |
| THE PROCTER & GAMBLE COMPANY<br>Movant | 08CV2415　　TG<br>JUDGE SHADUR<br>MAGISTRATE JUDGE DENLOW |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

The Procter & Gamble Company

| NAME (Type or print) |
|---|
| Kate Berezutskaya |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Ekaterena G. Berezutskaya |

| FIRM |
|---|
| Howrey LLP |

| STREET ADDRESS |
|---|
| 321 N. Clark Street, Suite 3400 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois  60610 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6292380 | 312-846-5622 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐　　　APPOINTED COUNSEL ☐